The First National Bank of Sing Sing, Appellant, *v.* Schuyler Hamilton, Jr., et al., Respondents.

*First Nat. Bank of Sing Sing* v. *Hamilton,* 76 Hun, 613, affirmed.
(Argued April 17, 1896; decided May 26, 1896.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered April 2, 1894, which affirmed a judgment in favor of defendants, entered upon the report of a referee dismissing the complaint.

*Samuel Watson* for appellant.

*Henry L. Sprague* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

Jacob M. Snyder, Appellant, *v.* Henrietta Church et al., Respondents.

*Snyder* v. *Church,* 70 Hun, 428, affirmed.
(Argued April 17, 1896; decided May 26, 1896.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 8, 1893, which affirmed a judgment in favor of defendants dismissing the complaint upon the merits entered upon a decision of the court on trial at Circuit.

*G. W. Youmans* for appellant.

*Marcus T. Hun* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.